IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02695-BNB

THERESA L. DOWLING,

       Plaintiff,

v.

IBEW LOCAL #111,

       Defendant.

_____

ORDER ASSIGNING CASE
_____

       After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Pursuant to

D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Robert E. Blackburn and

to Magistrate Judge Kathleen M. Tafoya.  Accordingly, it is

       ORDERED that this case shall be assigned to Judge Robert E. Blackburn

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

       DATED December 7, 2011, at Denver, Colorado.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge