**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02695-REB-KMT

THERESA L. DOWLING,

    Plaintiff,

v.

IBEW LOCAL #111,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#22][1] filed April 18, 2012; (2) the objections contained in plaintiff's **Notice Directed to the District Court Judge** [#23] filed April 19, 2012; and (3) the objections contained in plaintiff's **(Potentially) Response to Report and Recommendations** [#46] filed May 15, 2012. I overrule the objections, adopt the recommendation, and dismiss this lawsuit with prejudice as a sanction for plaintiff's failure to prosecute and failure to comply with the duly issued orders of the court.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. I have considered carefully the recommendation, objections, and applicable caselaw.

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Plaintiff is proceeding *pro se*. Thus, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See* ***Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit. Thus, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#22] filed April 18, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections contained in plaintiff's **Notice Directed to the District Court Judge** [#23] filed April 19, 2012, are **OVERRULED**;

3. That the objections contained in plaintiff's **(Potentially) Response to Report and Recommendations** [#46] filed May 15, 2012, are **OVERRULED**;

4. That defendant's **Motion To Dismiss or, in the Alternative, for a More Definite Statement** [#14] filed January 3, 2012, is **DENIED AS MOOT**;

5. That plaintiff's claims in this lawsuit are **DISMISSED WITH PREJUDICE** as a sanction for plaintiff's failure to prosecute and failure to comply with the duly issued orders of the court;

6.  That judgment **SHALL ENTER** on behalf of defendant IBEW Local #111 against plaintiff Theresa L. Dowling on all claims for relief and causes of action; provided, that the judgment shall be with prejudice; and

7.  That defendant is **AWARDED** its costs to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated June 11, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge